UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE: GUSTAVO CHAVARIN,

Case No. 2:26-cv-02212-ART-DJA

ORDER

*Pro se* Petitioner Gustavo Chavarin has filed a "Complaint Alleging Prosecutorial Misconduct, Due Process Violations, and Request for Investigation." (ECF No. 1-1.) Chavarin has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing an application for leave to proceed *in forma pauperis* ("IFP").[1] Moreover, Chavarin's Complaint, which challenges his state judgment of conviction in case number C-22-367781-1 and a pending state criminal action in case number C-22-362731-1, has not been filed on the appropriate form or in substantial compliance with the form.[2]

It is therefore ordered that on or before August 28, 2026, unless more time is requested and approved by the Court, Chavarin must (1) either file an IFP application on the approved form with the three supporting documents listed

[1] Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The Court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the 6-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.

[2] Because it is unclear whether Chavarin is seeking habeas relief under 28 U.S.C. § 2241 or 28 U.S.C. § 2254, I will kindly instruct the Clerk of the Court to send Chavarin both forms. Notably, if he wishes to file both a § 2241 petition for his pending state case and a § 2254 petition for his other case, he will need to open a new case because a § 2241 petition and a § 2254 petition cannot be filed in the same case.

above or pay the $5 filing fee and (2) file a petition on this Court's form.[3] Chavarin's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court send Chavarin (1) a blank copy of the IFP application form for inmates along with instructions, (2) a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions, and (3) a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 along with instructions.

DATED: July 24, 2026

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

[3] Chavarin remains responsible for calculating the applicable statute of limitations. By ordering Chavarin to file a petition on the Court's form, the Court makes no finding or representation that either Chavarin's Complaint or forthcoming petition will be considered timely.