UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE: GUSTAVO CHAVARIN

Case No. 2:26-cv-02212-ART-DJA

ORDER

This habeas matter is before this Court on Gustavo Chavarin's motion for an extension of time to file a petition on this Court's form.[1] (ECF No. 5.) This is Chavarin's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 5) is granted. Chavarin has up to and including September 28, 2026, to file his petition.

DATED this 3rd day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

[1] The Court notes that it received Chavarin's filing fee on August 28, 2026.