UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

IN RE: GUSTAVO CHAVARIN

Case No. 2:26-cv-02212-ART-DJA

ORDER

This habeas matter is before this Court on Gustavo Chavarin's motion for an extension of time to file his response to the Order to Show Cause. (ECF No. 11.) This is Chavarin's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 11) is granted. Chavarin has up to and including January 21, 2027, to file his response.

DATED this 24th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE